**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. ___26-CR-80062-ARTAU/REINHART___

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(viii)
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

vs.

**ANGEL JOVANI ARELLANO,**

**Defendant.**
_____/

FILED BY_____MEE_____D.C.

**Mar 31, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

<u>**INDICTMENT**</u>

The Grand Jury charges that:

<u>**COUNT 1**</u>

On or about December 17, 2024, in Palm Beach County, in the Southern District of Florida, the defendant

**ANGEL JOVANI ARELLANO,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

<u>**COUNT 2**</u>

On or about January 14, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANGEL JOVANI ARELLANO,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 3

On or about February 27, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that this violation involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 4

On or about April 2, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANGEL JOVANI ARELLANO,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT 5

On or about July 31, 2025, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANGEL JOVANI ARELLANO,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that this violation involved 5 grams or more of methamphetamine, its salts,

isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(B)(viii).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANGEL JOVANI ARELLANO,** has an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Section 841(a)(1), as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_Adam C. McMichael_ for                    FOREPERSON
_____
JASON A. REDDING QUIÑONES
UNITED STATES ATTORNEY


_Violette Bishai_
_____
VIOLETTE BISHAI
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

CASE NO.: 26-CR-80062-ARTAU/REINHART

v.

ANGEL JOVANI ARELLANO,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

☐ Miami   ☐ Key West   ☐ FTP
☐ FTL    ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect:_____

4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    ☒  0 to  5 days
   II   ☐  6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)

   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☒ Felony

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) __No__
   If yes,_____ Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) __No__
   If yes, Judge_____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) __No__
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)? (Yes or No) __No__
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) __No__
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? __No__
16. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? __No__

By: *Violette Bishai*
_____
VIOELTTE BISHAI
Assistant United States Attorney
FL Bar No.          1044298

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name:   ANGEL JOVANI ARELLANO

Case No:   26-CR-80062-ARTAU/REINHART

Counts 1 and 5:
Possession with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii).

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment** 5 years
* **Max. Supervised Release:** 4 years
* **Max. Fine:** $5,000,000
* **Special Assessment:** $100

Counts 2, 3, 4:
Possession with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii).

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment** 10 years
* **Max. Supervised Release:** 5 years
* **Max. Fine:** $10,000,000
* **Special Assessment:** $100

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**